IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:16cr 76 |
| v. ) | |
| ) | 26 U.S.C. § 7201 |
| AMY L. PLANCH, ) | Evasion of Income Tax Assessment |
| ) | (Count One) |
| Defendant. ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

During the calendar year 2012, AMY L. PLANCH, the defendant herein, a resident of Moyock, North Carolina, had and received taxable income in the sum of approximately $533,642.70; that upon said taxable income there was owing to the United States of America an income tax of approximately $141,255.45; and that, the defendant, on or about April 15, 2013, in the Eastern District of Virginia and elsewhere, did willfully attempt to evade and defeat the said income tax due and owing by her to the United States of America for said calendar year 2012 by committing, among others, the following affirmative acts: to wit, by filing a false and fraudulent income tax return in which she grossly understated her taxable income for that calendar year, as required by law; and by making false statements to the Internal Revenue Service-Criminal Investigations Division in which she claimed she had authority to transfer funds from a business in which she was a minority shareholder, when in fact, as she well knew, she had no such authority.

(In violation of Title 26, United States Code, Section 7201).

*United States v. Planch*, 2:16cr

DANA J. BOENTE
UNITED STATES ATTORNEY

By. *V. Kathleen Dougherty*
V. Kathleen Dougherty
Assistant United States Attorney
Attorney for the United States
Virginia Bar. No. 77294
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office – 757-441-6331
Facsimile – 757-441-6689
E-Mail – v.kathleen.dougherty@usdoj.gov